# Court of Appeals
# of the State of Georgia

ATLANTA,  September 16, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0185. RONALD W. DAVIS v. THE STATE.**

After the trial court revoked Ronald W. Davis's probation, Davis filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Davis's probation, he was required to file an application for discretionary appeal in order to obtain appellate review. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/16/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*